UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David Kevin Curtis, | Case No. 20-cv-1202 (WMW/HB) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| United States of America, | |
| Respondent. | |

This matter is before the Court on the May 19, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 4.) The R&R recommends denying Petitioner David Kevin Curtis's petition for a writ of habeas corpus. Objections to the R&R have not been filed in the time period permitted.

In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully performed this review, the Court finds no clear error and adopts the R&R.

Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 19, 2020 R&R, (Dkt. 4), is **ADOPTED**.

2. Petitioner David Kevin Curtis's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 30, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge